Bradley D. Shwer (No. 022696)
Sara R. Witthoft (No. 023521)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: bshwer@thorpeshwer.com
Email: switthoft@thorpeshwer.com

Attorneys for Applicant Julia Allison Baugher

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of the Application of Julia Allison Baugher | MISCELLANEOUS ACTION:<br><br>**REQUEST TO THE CLERK OF THE COURT FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) AND SUPPORTING DECLARATION OF BENJAMIN STERNBERG** |

Pursuant to 17 U.S.C. § 512(h), a provision of the Digital Millennium Copyright Act ("DMCA"), Applicant Julia Allison Baugher hereby requests that the Clerk of this Court issue a subpoena *duces tecum* directed to GoDaddy.com, LLC (the "DMCA Subpoena").

As is explained in the Declaration of Benjamin Sternberg, which is attached hereto as <u>Exhibit A</u>, an unknown individual who operates the website https://rebloggingdonk.com/ (the "Blog") has used the pseudonym "Gilly Blake"[1] to

---

[1] Prior to using the pseudonym "Gilly Blake," the operator or operators of the Blog used the pseudonyms "JC Donk LaRue" and "Julia's Publicist" to infringe Ms. Baugher's copyright rights. If "JC Donk LaRue" and "Julia's Publicist" refer to distinct individuals, the DMCA Subpoena should be construed as seeking identifying information relating to those website operators as well.

1

9121594

infringe Ms. Baugher's exclusive copyright rights in a variety of works, including a previously unpublished book proposal. *See* Exhibit A at ¶ 5. This DMCA Subpoena Request is directed to the host of the Blog, GoDaddy.com, LLC ("GoDaddy"), and seeks information sufficient to ascertain the true identity of the anonymous infringer who owns and operates the Blog.

For a DMCA subpoena to be issued, a copyright owner must satisfy each of the three requirements for issuance of a DMCA subpoena set forth in 17 U.S.C. § 512(h)(2). Applicant Baugher has complied with all of the requirements of Section 512(h)(2), namely:

(1) Ms. Baugher has filed a takedown notification with GoDaddy and attached that notice to this filing (*see* Exhibit A at ¶ 4, Ex. 1);

(2) Ms. Baugher has submitted a proposed subpoena (*see* Exhibit B); and

(3) Ms. Baugher has submitted a declaration from counsel affirming that "the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer" and to protect rights under the Copyright Act. *See* Exhibit A at ¶ 5.

WHEREFORE, pursuant to 17 U.S.C. § 512(h)(4), Ms. Baugher respectfully requests that the Clerk of this Court expeditiously issue and sign the proposed subpoena attached hereto as Exhibit B and return it to the undersigned counsel for service on GoDaddy.

Dated: October 4, 2019

                                                Respectfully Submitted,

                                                */s/ Sara R. Witthoft*
                                                Attorneys for Applicant Julia Allison Baugher

9121594