# EXHIBIT A

**THORPE SHWER, P.C.**
Bradley D. Shwer (No. 022696)
Sara R. Witthoft (No. 023521)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:   docket@thorpeshwer.com
Email:   bshwer@thorpeshwer.com
Email:   switthoft@thorpeshwer.com

Attorneys for Applicant Julia Allison Baugher

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF ARIZONA

| In the Matter of the Application of Julia Allison Baugher | MISCELLANEOUS ACTION:<br><br>**DECLARATION OF BENJAMIN STERNBERG IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |
|---|---|

I, Benjamin Sternberg, hereby declare as follows:

1. I am an attorney in good standing admitted to practice in the District of Columbia and am an associate at the law firm Lutzker & Lutzker LLP.

2. I am intellectual property counsel to Ms. Julia Allison Baugher ("Ms. Baugher") in the above-captioned matter, and I am authorized to act on behalf of Ms. Baugher.

3. Pursuant to 17 U.S.C. § 512(h), I submit this Declaration in support of Ms. Baugher's request for issuance of a subpoena *duces tecum* to GoDaddy.com, LLC (the "DMCA Subpoena").  I have personal knowledge of the facts stated in this Declaration.

4. On September 24, 2019, I submitted a Digital Millennium Copyright Act takedown notification on behalf of Ms. Baugher to GoDaddy.com, LLC (the "DMCA Takedown Request").  Thereafter, on September 27, 2019, GoDaddy.com, LLC responded

9121600

to Ms. Baugher's DMCA Takedown Request and indicated that the content in question had been removed. True and accurate copies of the DMCA Takedown Request and GoDaddy.com, LLC's response are attached hereto as <u>Exhibit 1</u>.

5. The purpose for which the DMCA Subpoena is sought is to obtain the identity of the unknown individual who owns and operates the website https://rebloggingdonk.com/ and has used the pseudonym "Gilly Blake"[1] to post content that infringes Ms. Baugher's exclusive copyright rights. Any identifying information obtained in connection with the DMCA Subpoena will only be used for the purpose of protecting Ms. Baugher's rights under title 17 of the United States Code.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2019 at Washington, D.C.

\_\_\_\_*/s/ Benjamin Sternberg*_____
Ben Sternberg

---

[1] Prior to using the pseudonym "Gilly Blake," the infringing operator or operators of the Blog used the pseudonyms "JC Donk LaRue" and "Julia's Publicist." If "JC Donk LaRue" and "Julia's Publicist" refer to distinct individuals, the DMCA Subpoena should be construed as seeking identifying information relating to those website operators as well.

9121600