# Ex. 1 to Exhibit A

## Ben Sternberg

| | |
|---|---|
| **From:** | Ben Sternberg |
| **Sent:** | Tuesday, September 24, 2019 6:53 PM |
| **To:** | 'copyrightclaims@secureserver.net' |
| **Cc:** | 'copyrightclaims@godaddy.com' |
| **Subject:** | Copyright Claim on Behalf of Julia Allison Baugher |
| **Attachments:** | Notice of Infringement of Julia Allison Baugher's Copyrights.pdf |

To Whom It May Concern:

Please find attached a DMCA takedown notification on behalf of Julia Allison Baugher.  Please do not hesitate to contact me if you have any questions.

Best,

Ben

Benjamin Sternberg
Lutzker & Lutzker LLP
1233 20th Street, NW Suite 703
Washington, DC  20036
Tel: 202-408-7600 Extension 6
Fax 202-408-7677
Email: ben@lutzker.com
Web: www.lutzker.com

## Check out our new website - https://www.lutzker.com/

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding tax-related penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matter addressed herein. The information contained in this email message is privileged and confidential and is intended only for the personal use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  if you have received this transmission in error, please notify the sender immediately by replying to this email and delete the original message and any attachments from your system.  Thank you for your cooperation.

# Lutzker ✸ Lutzker LLP

1233 20th Street, NW
Suite 703
Washington, DC 20036

tel 202.408.7600
fax 202.408.7677

www.lutzker.com

<u>Via Email and FedEx</u>

September 24, 2019

GoDaddy.com, LLC
14455 N. Hayden Rd.
Suite 219
Scottsdale, AZ 85260
copyrightclaims@godaddy.com; copyrightclaims@secureserver.net
ATTN: Copyright Agent

Re: Notice of Copyright Infringements

Dear Copyright Agent:

We write on behalf of Ms. Julia Allison Baugher ("**Copyright Owner**"), the author and owner of all copyright rights in a variety of expressive works, including a book proposal entitled *Experiments in Happiness* and a series of photographs that were recently captured in California and Nevada. We hereby provide notice of copyright infringements pursuant to the Digital Millennium Copyright Act (the "**Act**") and GoDaddy.com, LLC's Copyright Policy.

Copyright Owner is the owner of all copyright rights in, *inter alia*, the following works (the "**Works**"):

1.   *Experiments in Happiness;*

2.   *Julia Selfie With Dog* (U.S. Copyright Registration No. VAu 1-366-016);

3.   *Julia Selfie 1* (U.S. Copyright Registration No. VAu 1-366-016);

4.   *Julia Selfie Blue Shirt* (U.S. Copyright Registration No. VAu 1-366-016);

5.   *Blue Car and Ocean View* (U.S. Copyright Registration No. VAu 1-366-016);

**LUTZKER & LUTZKER LLP**
Page **2** of **6**

    6.    *Julia Selfie 2* (U.S. Copyright Registration No. VAu 1-366-016);

    7.    *Julia Selfie 3* (U.S. Copyright Registration No. VAu 1-366-016);

    8.    *Julia Selfie 4* (U.S. Copyright Registration No. VAu 1-366-016);

    9.    *Rainbow Bench* (U.S. Copyright Registration No. VAu 1-366-016);

    10.    *Julia Selfie 6* (U.S. Copyright Registration No. VAu 1-366-016);

    11.    *Plants* (U.S. Copyright Registration No. VAu 1-366-016);

    12.    *Julia Selfie 7* (U.S. Copyright Registration No. VAu 1-366-016);

    13.    *Julia and Friend Selfie 2* (U.S. Copyright Registration No. VAu 1-366-016);

    14.    *Paint Palette* (U.S. Copyright Registration No. VAu 1-366-016);

    15.    *Artwork and Paint Supplies 2* (U.S. Copyright Registration No. VAu 1-366-016);

    16.    *Julia Selfie 8* (U.S. Copyright Registration No. VAu 1-366-016);

    17.    *Julia and Alex Selfie 6* (U.S. Copyright Registration No. VAu 1-366-016);

    18.    *Julia and Friend Selfie 3* (U.S. Copyright Registration No. VAu 1-366-016);

    19.    *Red and Purple Bus* (U.S. Copyright Registration No. VAu 1-366-016);

    20.    *Julia Selfie 10* (U.S. Copyright Registration No. VAu 1-366-016);

    21.    *Julia Selfie 12* (U.S. Copyright Registration No. VAu 1-366-016);

    22.    *Julia Kiss*; and

    23.    *Julia Glasses*.

        It has come to Copyright Owner's attention that a website which is hosted by your service is providing access to and displaying materials that infringe Copyright Owner's copyright rights in the Works. The following is a list of the URLs at which the Works are currently being infringed:

    1.    https://reblogggingdonk.com/wp-content/uploads/2014/09/JuliaAllisonproposal;[1]

    2.    https://reblogggingdonk.com/wp-content/uploads/2019/09/balibimbo4-e1568184424878;[2]

---

[1] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Experiments in Happiness.*

**LUTZKER & LUTZKER LLP**
Page **3** of **6**

3.    https://rebloggingdonk.com/wp-content/uploads/2019/09/balibimbo1-e1568184354560;[3]

4.    https://rebloggingdonk.com/wp-content/uploads/2019/09/bidness-lady-e1568665868930;[4]

5.    https://rebloggingdonk.com/wp-content/uploads/2019/09/veruca1-e1568741612544.png?time=1569094660;[5]

6.    https://rebloggingdonk.com/wp-content/uploads/2019/09/veruca3-e1568741879677;[6]

7.    https://rebloggingdonk.com/wp-content/uploads/2019/09/vacay2-e1569041810636.png?time=1569095399;[7]

8.    https://rebloggingdonk.com/wp-content/uploads/2019/09/vacay1-e1569041972744;[8]

9.    https://rebloggingdonk.com/wp-content/uploads/2019/09/sutro4-e1568498422693;[9]

10.    https://rebloggingdonk.com/wp-content/uploads/2019/09/sutrodonk1-e1568498181899.png?time=1569094660;[10]

11.    https://rebloggingdonk.com/wp-content/uploads/2019/09/veruca4;[11]

12.    https://rebloggingdonk.com/wp-content/uploads/2019/09/sutro6-600x593;[12]

---

[2] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie With Dog*.
[3] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 1*.
[4] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie Blue Shirt*.
[5] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Blue Car and Ocean View*.
[6] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 2*.
[7] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 3*.
[8] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 4*
[9] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Rainbow Bench*.
[10] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 6*.
[11] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Plants*.

**LUTZKER & LUTZKER LLP**
Page 4 of 6

     13.     https://rebloggingdonk.com/wp-content/uploads/2019/09/strippersinlove-e1568664768944;[13]

     14.     https://rebloggingdonk.com/wp-content/uploads/2019/09/wonderland5-e1567813979898;[14]

     15.     https://rebloggingdonk.com/wp-content/uploads/2019/09/wonderland4-e1567814030311;[15]

     16.     https://rebloggingdonk.com/wp-content/uploads/2019/09/wonderland3-e1567813911926;[16]

     17.     https://rebloggingdonk.com/wp-content/uploads/2019/09/wonderland1;[17]

     18.     https://rebloggingdonk.com/wp-content/uploads/2019/09/moron1-e1568507391726;[18]

     19.     https://rebloggingdonk.com/wp-content/uploads/2019/09/metaho1-e1568057097297;[19]

     20.     https://rebloggingdonk.com/wp-content/uploads/2019/09/tongue-depressor-e1568935135400;[20]

     21.     https://rebloggingdonk.com/wp-content/uploads/2019/09/prettypic-e1568665421115;[21]

     22.     https://rebloggingdonk.com/wp-content/uploads/2019/09/metaho3-e1568057003393;[22] and

---

[12] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 7.*
[13] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia and Friend Selfie 2.*
[14] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Paint Palette.*
[15] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Artwork and Paint Supplies 2.*
[16] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 8.*
[17] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia and Alex Selfie 6.*
[18] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia and Friend Selfie 3.*
[19] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Red and Purple Bus.*
[20] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 10.*
[21] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Selfie 12.*

**LUTZKER & LUTZKER LLP**
Page **5** of **6**

  23. https://rebloggingdonk.com/wp-content/uploads/2019/09/summerofdrugs2-e1567551500720.[23]

   We have a good faith belief that the use of the Works in the manner complained of in this letter is not authorized by Copyright Owner, any agent of Copyright Owner, or any applicable law.  Further, we represent that the information in this notification is accurate and swear under penalty of perjury that we are authorized to act on behalf of Copyright Owner with respect to the subject matter of this letter.

   We, therefore, request that you remove or disable access to the Works as set forth in Section 512(c)(1)(C) of the Act.  Please contact the undersigned no later than one week from the date of this letter to confirm that the infringing materials have been removed or access disabled.  The undersigned may be contacted at the address, telephone number, and email address set forth below:

   <u>Name</u>: Benjamin Sternberg

   <u>Address</u>: 1233 20th Street N.W., Washington, D.C. 20036

   <u>Telephone</u>: (202) 408-7600, Extension 6

   <u>Email</u>: ben@lutzker.com

---

[22] The photograph displayed at this URL infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Kiss*.
[23] The photograph displayed at this hyperlink infringes Copyright Owner's copyright rights in the above-mentioned work *Julia Glasses*.

**LUTZKER & LUTZKER LLP**
Page **6** of **6**

Very truly yours,

By: _Benjamin Sternberg_
Benjamin Sternberg, Esq.

LUTZKER & LUTZKER LLP
1233 20th Street, NW, Suite 703
Washington, DC 20036
Tel. 202-408-7600
Fax. 202-408-7677
Email: ben@lutzker.com

ATTORNEY FOR JULIA ALLISON
BAUGHER

## Ben Sternberg

| | |
|---|---|
| **From:** | copyrightclaims@secureserver.net |
| **Sent:** | Friday, September 27, 2019 10:26 AM |
| **To:** | Ben Sternberg |
| **Subject:** | Copyright Claim on Behalf of Julia Allison Baugher - [Incident ID: 40045021] |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

# Here's the resolution to your inquiry.

**Discussion Notes**

**Support Staff Response**

In reference to REBLOGGINGDONK.COM:

Dear Sir or Madam,

Thank you for contacting the Wild West Domains Copyright Claims Department. We are committed to assisting intellectual property owners in taking action against IP infringement.

The content in question has been removed by the owner of the website. As such, we have closed this claim.

If you feel that there is still a case of copyright infringement, please submit a new Copyright Complaint with updated details.

Let us know if you have any further questions.

Kindest Regards,

Chris
Copyright Department
Wild West Domains
CopyrightClaims@WildWestDomains.com

If you need additional help, please reply to this email and reference [Incident ID: 40045021].

Copyright © 2019. All rights reserved.

2950451063