AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| In re Application of Julia Allison Baugher | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:MC-19-00034-PHX |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: "GoDaddy.com, LLC, c/o Compliance Department, 1445 North Hayden Rd., Suite 219, Scottsdale, Arizona 85260

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents sufficient to determine the identity of any person who has been the account holder or operator of the website http://rebloggingdonk.com/, including but not limited to all administrative or billing records that indicate the name(s), IP address(es), telephone number(s), email address(es), street address(es), and account number(s) of each such person.

| Place: ThorpeShwer, P.C.<br>3200 N. Central Avenue, Suite 1560<br>Phoenix, Arizona 85012 | Date and Time:<br>10/22/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/04/2019

CLERK OF COURT                                    OR

_____            _____
Signature of Clerk or ISSUED ON 9:21 am, Oct 08, 2019    Attorney's signature
                s/ Brian D. Karth, Clerk

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Sara R. Witthoft
Attorneys for Applicant Julia Allison Baugher , who issues or requests this subpoena, are:
Thorpe Shwer, P.C., 3200 N. Central Ave, Suite 1560  Phoenix, AZ  85012; 602-682-6100; switthoft@thorpeshwer.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  Miscellaneous Action

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: